1  P. Kristofer Strojnik, State Bar No. 242728
   pstrojnik@strojniklaw.com
2  Esplanade Center III, Suite 700
3  2415 East Camelback Road
   Phoenix, Arizona 85016
4  Telephone:  (415) 450-0100

5
   Attorneys for Plaintiff
6  THERESA BROOKE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>WEST COVINA I HOTEL CO LP,<br><br>Defendant. | Case No: 2:22-cv-5439<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

   NOTICE IS HEREBY GIVEN that Plaintiff voluntarily dismisses the above case with prejudice. Each party to bear their own fees and costs.

   RESPECTFULLY SUBMITTED this 20th day of September, 2022.

                                /s/ Peter Kristofer Strojnik
                                Peter Kristofer Strojnik (242728)
                                Attorneys for Plaintiff